# Court of Appeals
# of the State of Georgia

ATLANTA,    April 04, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1367. CYNTHIA THOMAS et al. v. RALPH GERSHOM, LLC.**

Ralph Gershom, LLC. filed a petition to quiet title against Cynthia and Eddie Thomas and a number of other parties and entities. The trial court granted summary judgment to Ralph Gershom, LLC., granting it fee simple title in the property. Cynthia and Eddie Thomas appealed to this Court.

Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land. Because this appeal involves title to land, jurisdiction appears to lie in the Supreme Court. See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004). Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 04/04/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*